UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE THOMAS AND
WALTER JAMIL,

    Plaintiffs,

v.                      Case No. 13-10378

PARVIZ DANESHGARI,        HON. TERRENCE G. BERG
HAROLD BRESLIN, SAMIR      HON. PAUL J. KOMIVES
SHABENDER AND COMPUTER
BUSINESS WORLD, LLC,

    Defendants.
                                    /

## **JUDGMENT**

      IT IS ORDERED, ADJUDGED AND DECREED that, pursuant to this Court's Opinion and Order dated February 14, 2014, Plaintiffs' federal claims (RICO & FDCPA) are DISMISSED WITH PREJUDICE.  Judgment is hereby entered in favor of Defendants and against Plaintiffs.

      Dated at Flint, Michigan:  February 14, 2014

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                                                     s/A. Chubb_____
                                                     DEPUTY CLERK

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE